IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SHERMAN ANDERSON, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 11-CV-757-TCK-FHM ) |
| FARMERS INSURANCE COMPANY, INC., | ) ) |
| Defendant. | ) ) ) |

**OPINION AND ORDER**

Defendant Farmers Insurance Company, Inc.'s Motion for Protective Order and Brief in Support [Dkt. 14] is before the court for decision. No response has been filed to the motion which is deemed confessed. LCvR 7.2(e).

Defendant Farmers Insurance Company, Inc.'s Motion for Protective Order [Dkt. 14] is GRANTED.

DATED this 30th day of March, 2012.

_____
FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE