IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) SHERMAN ANDERSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-11-757-CVE-FHM |
| ) | |
| (1) FARMERS INSURANCE COMPANY, ) | |
| INC., ) | |
| ) | |
| Defendant. ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

COME NOW Plaintiff, Sherman Anderson and Defendant, Farmers Insurance Company, Inc. and advise the Court that a compromise settlement has been reached between the parties as to all issues and all causes of action in regard to the above-referenced matter. Further, Plaintiff, Sherman Anderson and Defendant, Farmers Insurance Company, Inc. stipulate and agree this cause can be dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

WHEREFORE, Plaintiff, Sherman Anderson and Defendant, Farmers Insurance Company, Inc. respectfully pray the above entitled action be dismissed with prejudice.

Respectfully submitted this 27th day of August, 2012.

BY:   s/ Donald E. Smolen, II
(*I certify that I have the signed original of this documents, which is available for inspection at any time by the Court or a party to this action.)
   Donald E. Smolen, II, OBA No. 19944
   Laura Lauth, OBA No. 22619
   Smolen, Smolen & Roytman, P.L.L.C.
   701 South Cincinnati Avenue
   Tulsa, OK 74119
   Telephone: (918) 585-2667
   Facsimile: (918) 585-2669
   Email: donaldsmolen@rrsok.com
   *Attorneys for Plaintiff*

BY:   s/ Sheila R. Benson
Greg D. Givens, OBA No. 10310
Sheila R. Benson, OBA No. 19050
Edmonds Cole Law Firm
7 S. Mickey Mantle Drive, Second Floor
Oklahoma City, OK 73104
Phone: (405) 272-0322
Fax:    (405) 235-4654
Email: sbenson@edmondscole.com
*Attorneys for Defendant,*
*Farmers Insurance Company, Inc.*